THE PEOPLE ex rel. ROSWELL W. KEENE, Respondent, *v.* THE BOARD OF SUPERVISORS OF QUEENS COUNTY, Impleaded, etc., Appellant.

(Submitted January 28, 1895; decided February 26, 1895.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 10, 1894, which modified, and affirmed as modified, an interlocutory judgment entered upon an order of Special Term in favor of plaintiff, and affirmed orders of Special Term denying motions to amend the judgment, and granted a motion by the relator for the costs at General Term.

*F. H. Van Vechten* for appellant.

*Roswell W. Keene* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* CHARLES FLAHERTY, Respondent.

(Argued January 29, 1895; decided February 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 17, 1894, which reversed a judgment convicting defendant of the crime of rape, entered upon a verdict of the Court of Sessions of Livingston county.

*William Carter* for appellant.

*F. C. Peck* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.